# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:10-cv-01428-SMS PC<br><br>ORDER GRANTING DEFENDANTS'<br>REQUEST FOR RELIEF FROM<br>RESPONDING TO THE COMPLAINT, AND<br>FOR A THIRTY-DAY EXTENSION OF TIME<br>TO RESPOND TO THE COMPLAINT, TO<br>COMMENCE UPON ISSUANCE OF<br>SCREENING ORDER<br><br>(Doc. 1) |

　　Plaintiff Charles A. Miller is a state prisoner proceeding pro se in this civil action for violation of his rights under California law and 42 U.S.C. § 1983. Defendants Ahmed, Pascual, and Walker removed this action from Fresno County Superior Court on August 6, 2010. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2). Defendants seek a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

　　Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

**Dated:**　**August 11, 2010**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1